FILED:  September 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1971
(7:19-cv-00249-EKD-RSB)

_____

JACOB DOE

      Plaintiff - Appellant

v.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY;
TIMOTHY DAVID SANDS, employee of Virginia Polytechnic Institute and State
University, sued in his or her official and individual capacity, jointly and
severally; FRANK SHUSHOK, JR., employee of Virginia Polytechnic Institute
and State University, sued in his or her official and individual capacity, jointly and
severally; KATIE POLIDORO, employee of Virginia Polytechnic Institute and
State University, sued in his or her official and individual capacity, jointly and
severally; ENNIS MCCRERY, employee of Virginia Polytechnic Institute and
State University, sued in his or her official and individual capacity, jointly and
severally; KYLE ROSE, employee of Virginia Polytechnic Institute and State
University, sued in his or her official and individual capacity, jointly and
severally; ROHSAAN SETTLE, employee of Virginia Polytechnic Institute and
State University, sued in his or her official and individual capacity, jointly and
severally; KELLY OAKS, employee of Virginia Polytechnic Institute and State
University, sued in his or her official and individual capacity, jointly and
severally; ANGELA SIMMONS, employee of Virginia Polytechnic Institute and
State University, sued in his or her official and individual capacity, jointly and
severally

      Defendants – Appellees

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 35. The court denies the petition for

rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk